JUDGE COTE

08 CIV 6183

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALPHAS COMPANY OF NEW YORK, INC., COOSEMANS OF NEW YORK, INC. and FIERMAN PRODUCE EXCHANGE INC.,

                Plaintiffs,          CASE NUMBER:

-against-

LERRO PRODUCE CORP. and STEVEN K. LERRO,

                Defendants.

---

Pursuant to Rule 7 of the Local Rules of the U.S. District Court for the Southern and Eastern Districts of New York and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for **Plaintiff** (A private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

**NONE**

Date:  Westbury, New York
        June 24, 2008

                                      KREINCES & ROSENBERG, P.C.

                              By: _____
                                  LEONARD KREINCES (LK/6524)
                                  Attorneys for Plaintiffs
                                  900 Merchants Concourse, Suite 305
                                  Westbury, New York 11590
                                  (516) 227-6500

Z:\kreinces1\WORK\HUNTSPOINT\NYPTA\Lerro Produce Corp\Rule 7.frm