AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| SERVICE OF: SUMMONS, COMPLAINT, ATTTACHMENT | |
| EFFECTED (1) BY ME: PAUL SALAZAR | DATE: 7/25/08 |
| TITLE: PROCESS SERVER | |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

LERRO PRODUCE CORP

Place where served: 1700 MAIN ST PEEKSKILL NY

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: _____

Description of person accepting service:

SEX: M   AGE: 45   HEIGHT: 6'0   WEIGHT: 260   SKIN: WHITE   HAIR: BLK   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

### STATEMENT OF SERVER

TRAVEL $ ____.___     SERVICES $ ____.___     TOTAL $ ____.___

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 7/25/2008

SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

7-25-08

ROBYN NETTLES
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires June 8, 2011

ATTORNEY:   LEONARD KREINCES, ESQ
PLAINTIFF:  ALPHAS COMPANY OF NEW YORK, INC., ET AL
DEFENDANT:  LERRO PRODUCE COPR, ET AL
VENUE:      DISTRICT OF NEW YORK
DOCKET:     08 CIV 6183

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.